UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

---

**ABRAHAM RICARDO DEL VALLE
SANABRIA ESPINOZA**,

     *Petitioner*,

     v.

**WARDEN,** River Correctional Center,
**KRISTI NOEM**, Secretary of the
Department of Homeland Security;
**PAMELA BONDI**, Attorney General of
The United States; **TODD M. LYONS**,
Acting Director of U.S. Immigration and
Customs Enforcement; and
**BRIAN S. ACUNA**, Acting Field Office
Director of the New Orleans Field Office,
U.S. Immigration and Customs Enforcement.

     *Respondents*.

**CASE No.:  1:26-cv-00218-SMH-MLH**

**Judge: S. Maurice Hicks, Jr.**

**Magistrate Judge: Mark L. Hornsby**

---

## ORDER PERMITTING PETITIONER'S COUNSEL TO APPEAR PRO HAC VICE

     **CONSIDERING** the Motion to Appear Pro Hac Vice [Doc. 2],

     **IT IS HEREBY ORDERED** that Veronica Semino may appear Pro Hac Vic on behalf of

Petitioner, Abraham Ricardo Del Valle Sanabria Espinoza, in this matter.

     **SIGNED** in Chambers on this __29th__ day of January 2026.

                                         S. Maurice Hicks, Jr.
                                         **UNITED STATES JUDGE**