**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

ABRAHAM RICARDO DEL VALLE                    CIVIL ACTION NO. 26-0218
SANABRIA ESPINOZA

VERSUS                                       JUDGE S. MAURICE HICKS, JR.

KRISTI NOEM, ET AL.                          MAGISTRATE JUDGE HORNSBY

### JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Government's Motion to Dismiss (Record Document 7) be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Petition for Writ of Habeas Corpus (Record Document 1) be and is hereby **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this the 8th day of June, 2026.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE